Walter Lawrence Herdien et al., appellees, v. Elmer Forrest Herdien et al., appellants. Gen. No. 38,892.

Opinion filed May 19, 1937. Rehearing denied June 2, 1937.
Robert N. Holt, for appellants. Maurice Alschuler, for appellees.
Mr. Justice Hall delivered the opinion of the court.

A. Paul Peterson, appellant, v. Modern Woodmen of America, appellee. Gen. No. 38,934.

Opinion filed May 19, 1937.
Sims & Strausky, Seymour M. Lewis and Edward A. Gorenstein, for appellant; Franklin J. Strausky and Seymour M. Lewis, of counsel. Sonnenschein, Berkson, Lautmann, Levinson & Morse, for appellee; Herbert M. Lautmann and Jesse H. Brown.
Mr. Justice Hall delivered the opinion of the court.

C. I. T. Corporation, appellee, v. George M. Stevens et al., defendants. Oliver B. Watkins, appellant. Gen. No. 38,946.

Opinion filed May 19, 1937. Rehearing denied June 2, 1937.
Stevens, Carrier & Griffith, for appellant; George M. Stevens, of counsel. Rothbart, Peterson & Rosenfield, for appellee.
Mr. Justice Hall delivered the opinion of the court.